## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MICHAEL HENRY HEARN**,

    *Plaintiff*,

v.

**MTC**,

    *Defendant*.

CAUSE NO. 3:22-CV-470-CWR-FKB

## ORDER

Before the Court are the Magistrate Judge's Report and Recommendation, Docket No. 22, and the plaintiff's objection to that R&R, Docket No. 23.

On review, the Court is persuaded that the Magistrate Judge's factual findings and recommendations should not be disturbed. The plaintiff's objection is overruled and the R&R is adopted as this Court's own Order. Accordingly,

The motion for leave to proceed IFP is denied. A separate Final Judgment shall issue. If, however, the plaintiff submits the $402 filing fee to the Clerk's Office within 30 days, the Clerk shall reopen this case.

The motion to appoint counsel, Docket No. 16, is necessarily denied.

**SO ORDERED**, this the 17th day of March, 2023.

                                             s/ Carlton W. Reeves
                                             UNITED STATES DISTRICT JUDGE